IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **OSCAR JAVIER VILLAGOMEZ PALACIOS,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )   No. CIV-22-364-R |
| **GEO GROUP, INC.,** | ) ) ) |
| **Defendant.** | ) |

**ORDER**

Plaintiff filed this action against The Geo Group, Inc. claiming a violation of his right to a fair minimum wage, and sought leave to proceed *in forma pauperis*. [Docs. 1 and 2]. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. On June 2, 2022, Judge Mitchell granted Plaintiff's motion for leave to proceed *in forma pauperis*, and set out a payment schedule for the filing fee, with the initial payment to be made by June 23, 2022.

On July 1, 2022, Judge Mitchell issued a Report and Recommendation recommending that the action be dismissed for failure to comply with the Court's Order [Doc. 8]. In response to the Report and Recommendation, Plaintiff requested and was granted an extension of time to August 1, 2022 to pay the initial filing fee of $93.64. [Doc. 10]. The partial filing fee has not been submitted to the Court, and Plaintiff has not requested further extension of time to do so. Therefore, dismissal for failure to comply with the Court's various orders regarding payment is appropriate.

For the reasons set forth above, the Court hereby ADOPTS the Report and Recommendation and DISMISSES Plaintiff's action WITHOUT PREJUDICE.

IT IS SO ORDERED this 16th day of August 2022.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE